UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MICHAEL MAROM,
           Plaintiff,

v.

AUDREY PIEROT and MARK GORDON,
           Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 12094 (VB)

      The Court has been informed by defendant Mark Gordon that he has not received Magistrate Judge McCarthy's Report and Recommendation. (Doc. #62).

      Accordingly, the Court sua sponte extends all of the parties' deadlines to file objections to the Report and Recommendation to February 21, 2020. No further extensions will be granted.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order and the Report and Recommendation (Doc. #62) to defendant Gordon at the address on the docket.

      Chambers will also mail a copy of this Order to plaintiff Michael Marom and defendant Audrey Pierot at the address on the docket.

Dated: January 29, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge