**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL MAROM,

                      Plaintiff,

    -against-                                    18 **CIVIL** 12094 (VB)

                                                        **JUDGMENT**

AUDREY PIEROT and MARK GORDON,

                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 9, 2020, the Court adopts the R&R as the opinion of the Court, and defendants' motions to dismiss are granted; accordingly, this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore <u>in forma pauperis</u> statues is denied for the purpose of an appeal.

**Dated:**  New York, New York

        November 9, 2020

                                                                       **RUBY J. KRAJICK**

                                                                       _____
                                                                       **Clerk of Court**

                                                 **BY:**
                                                                      _____
                                                                       **Deputy Clerk**